# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MBNA AMERICA BANK, NA, | ) | 1:07cv0166 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER D. ROMERO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

      Defendant Roger D. Romero ("Defendant"), proceeding pro se and in forma pauperis, removed the instant action from state court on January 29, 2007.

      On March 1, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED on the grounds that Defendant wrongly attempted to remove an underlying arbitration proceeding to this Court.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and Defendant has not filed objections.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Findings and Recommendations dated March 1, 2007, is ADOPTED IN
3   FULL; and
4   2. The action is DISMISSED.
5   This terminates this action in its entirety.

7   IT IS SO ORDERED.

8   **Dated:   April 13, 2007**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE